AIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ANDRA GROUP, LP | § | CIVIL ACTION NO:  5:24-cv-131-RS |
| *Plaintiff* | § | |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| KENDRA SCOTT, LLC, ET AL | § | |
| | § | |
| *Defendant* | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff Andra Group, LP. And Defendant Fossil Group, Inc., under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby provide notice that they stipulate to the dismissal of all of Plaintiff's claims in this action WITH PREJUDICE, and to all of Defendant's counterclaims in this action WITHOUT PREJUDICE.  Pursuant to the negotiated settlement agreement between the parties, each party agrees to bear their own attorneys' fees and costs.

Respectfully submitted,

*/s/ Karl Rupp*
**Karl Rupp**
Texas State Bar No.  24035243
**SOREY & HOOVER, LLP**
100 N. 6th Street, Ste. 503
Waco, Texas  76701
Telephone:  254.265.6817
Facsimile:   903.230.5656
krupp@soreylaw.com

**Nicholas A. Wyss**
Texas State Bar No.  24071459
Shawn Latchford
Texas State Bar No. 24066603
Edward K. Chin
Texas State Bar No. 50511688
Andrew J. Wright

Texas State Bar No. 24063927
**BRUSTER PLLC**
12222 Merit Dr., Suite 1030
Dallas, Texas  75251
Telephone:  512.618.7510
nwyss@brusterpllc.com
ed@brusterpllc.com
andrew@brusterpllc.com
shawn@brusterpllc.com

ATTORNEYS FOR PLAINTIFF
ANDRA GROUP, LP

/s/ *Ricardo J. Bonilla*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Ricardo J. Bonilla
Texas Bar No. 24082704
Rbonilla@fr.com
Sarika N. Patel
Texas Bar No. 24073520
patel@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record via the Court's CM/ECF service on this 9th day of September, 2025.

/s/ *Karl Rupp*
Karl Rupp