AIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ANDRA GROUP, LP | § | CIVIL ACTION NO: 5:24-cv-131-RS |
| *Plaintiff* | § | |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| KENDRA SCOTT, LLC, ET AL | § | |
| | § | |
| *Defendant* | § | |

## ORDER

This matter is before the Court upon the Joint Stipulation of Dismissal of Plaintiff's claims with Prejudice and Defendant's counterclaims without Prejudice filed by Plaintiff Andra Group, L.P. and Defendant Fossil Group, Inc.

It is hereby ORDERED AND ADJUDGED that Plaintiff's claims are DISMISSED WITH PREJUDICE and Defendant's Counterclaims are DISMISSED WITHOUT PREJUDICE. The Clerk shall mark this case CLOSED as to Defendant Fossil Group, Inc. only. All parties shall bear their own attorneys' fees and costs.